IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ARTHUR R. ARMSTRONG,                )
                                    )
          Plaintiff,                )
                                    )
     v.                             )     1:01CV00827
                                    )
CITY OF GREENSBORO,                 )
                                    )
          Defendant.                )

### O R D E R

The Plaintiff, Arthur R. Armstrong, has paid a filing fee and filed this action against the City of Greensboro. As required by the amended injunction order of February 6, 2001 (1:97CV1028, Armstrong v. Koury Corp.), the Clerk has delivered the complaint to this court for determination of whether to allow the action to continue.

For the reasons set forth in a myriad of prior orders issued by this court, see, e.g., Armstrong v. City of Greensboro, 1:01CV810, this action is dismissed as an attempt to relitigate matters which have been previously dismissed. Even if it were not an attempt to resurrect a matter previously dismissed, this filing is insufficient to state a cause of action.

IT IS THEREFORE ORDERED that this proceeding should be and is hereby dismissed upon the court's own motion.

This 16th day of October, 2007.

                              /s/ William L. Osteen, Jr.
                                United States District Judge